MARGARET W. CROWELL, Appellant, v. WILLIAM BEERS CROWELL, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 530.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McHALE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

M. H. HARRIS, Appellant, v. GUS K. WORMS and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCIAN C. DAY, Appellant, Respondent, v. GERA MILLS, NEW JERSEY WORSTED SPINNING COMPANY and Another, Respondents, Appellants.— Judgment and order affirmed, with costs to the plaintiff. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [133 Misc. 220.]

KIRKE LA SHELLE COMPANY, Respondent, v. THE PAUL ARMSTRONG COMPANY and PHELAN BEALE, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSENBERG-MURRAY Co., INC., Appellant, v. ROTHSCHILD REALTY Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARCOT CONSTRUCTION COMPANY, INC., Appellant, v. MONTEDOR REALTY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL MURPHY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESSE McQUEEN, Respondent, v. JACOB ISENBERG and Another, Appellants. — Judgment reversed and a new trial ordered, with costs to the appellants to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,158.05; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL FALK, as Trustee in Bankruptcy of MARGARET E. McCANN, Respondent, v. THE CORN EXCHANGE BANK TRUST COMPANY, Appellant.— Order affirmed,